UNITED STATES DISTRICT COURT
District of Maine

| | |
|---|---|
| **DAVID MADISON** | ) |
| | ) |
| | ) |
| **v.** | ) |
| | ) **Civil No. 07-08-P-S |
| **POSTMASTER GENERAL,** | ) |
| | ) |
| Defendants | ) |
| | ) |
| | ) |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on February 25, 2008, his Recommended Decision (Docket No. 35). The Plaintiff filed his Objection to the Recommended Decision (Docket No. 36) on March 13, 2008. The Defendant filed its objection to the Recommended Decision (Docket No. 37) on March 13, 2008. The Plaintiff filed a response to Defendant's Objection to the Recommended Decision (Docket No. 38) on April 1, 2008. The Defendant filed a response to Plaintiff's Objection to the Recommended Decision (Docket No. 39) on April 1, 2008.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge hereby **AFFIRMED**.

2. It is hereby **ORDERED** that Defendant's Motion for Summary Judgment (Docket No. 21) is **GRANTED** as to Count I (discrimination) and **DENIED** as to Count II (retaliation).

/s/George Z. Singal  
Chief U.S. District Judge

Dated: April 16, 2008